People v Torres (2021 NY Slip Op 50892(U))

[*1]

People v Torres (Carlos)

2021 NY Slip Op 50892(U) [73 Misc 3d 128(A)]

Decided on September 21, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 21, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Brigantti, Hagler, JJ.

570245/19

The People of the State of New York,
Respondent, 
against
Carlos Jose Torres, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (James G. Clynes, J.), rendered February 5, 2019, convicting him, upon his plea of
guilty, of disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (James G. Clynes, J.), rendered February 5, 2019, affirmed.
While recent legislation amended Penal Law § 265.01(1) to effectively decriminalize
the possession of gravity knives, this law does not apply retroactively to defendant's February
2019 conviction (see L 2019, ch 34, § 1, eff May 30, 2019; see also People v
Walker, 81 NY2d 661, 667 [1993]). Although the District Attorney has agreed in the
past to reverse some pre-May 30, 2019 convictions for possession of a gravity knife "in the
exercise of their broad prosecutorial discretion" (People v Caviness, 176 AD3d 522
[2019], lv denied 34 NY3d 1076 [2019]), they refuse to do so here because this case
involves something more than simple possession, and we decline to exercise our discretion in the
interest of justice to grant such relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 21, 2021